**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Joseph G. Garafolo | Social Security number or ITIN  xxx–xx–1610 |
| | First Name  Middle Name  Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | Oksana Garafolo | Social Security number or ITIN  xxx–xx–2667 |
| | First Name  Middle Name  Last Name | EIN  __–_____ |

United States Bankruptcy Court    District of New Jersey

Case number:  19–18535–VFP

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joseph G. Garafolo                Oksana Garafolo

6/13/22

**By the court:** <u>Vincent F. Papalia</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                **Chapter 13 Discharge**                page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph G. Garafolo  
Oksana Garafolo  
    Debtors

Case No. 19-18535-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Jun 13, 2022      Form ID: 3180W      Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph G. Garafolo, Oksana Garafolo, 7 Park Drive, Kenilworth, NJ 07033-1407 |
| 518209245 | + | Selip and Stylianou, LLP, 10 Forest Avenue, Paramus, NJ 07652-5238 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 13 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 13 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Jun 14 2022 00:43:00 | Ally Capital, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518209224 | + | EDI: GMACFS.COM | Jun 14 2022 00:43:00 | ALLY FINANCIAL, ATTN: BANKRUPTCY DEPT, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 518209225 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 13 2022 20:43:00 | AMERICAN HONDA FINANCE, ATTN: BANKRUPTCY, PO BOX 168088, IRVING, TX 75016 |
| 518209227 | + | Email/PDF: bncnotices@becket-lee.com | Jun 13 2022 20:47:19 | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 518332894 | | EDI: GMACFS.COM | Jun 14 2022 00:43:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519260276 | + | EDI: AISACG.COM | Jun 14 2022 00:43:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518276175 | | Email/PDF: bncnotices@becket-lee.com | Jun 13 2022 20:46:53 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518209228 | + | EDI: BANKAMER.COM | Jun 14 2022 00:43:00 | BANK OF AMERICA, 4909 SAVARESE CIRCLE, FL1-908-01-50, TAMPA, FL 33634-2413 |
| 518209229 | + | EDI: CAPITALONE.COM | Jun 14 2022 00:43:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518209233 | + | EDI: CITICORP.COM | Jun 14 2022 00:43:00 | CITI/CBNA, CITICORP/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 518209234 | + | EDI: CITICORP.COM | Jun 14 2022 00:43:00 | CITI/SEARS, CITIBANK/CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, |

Case 19-18535-VFP    Doc 40    Filed 06/15/22    Entered 06/16/22 00:14:39    Desc Imaged
                               Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 13, 2022 | Form ID: 3180W | Total Noticed: 43 |

| | | | |
|---|---|---|---|
| | | | MO 63179-0034 |
| 518209235 | + EDI: CITICORP.COM | Jun 14 2022 00:43:00 | CITIBANK, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 518209236 | + EDI: WFNNB.COM | Jun 14 2022 00:43:00 | COMENITY BANK / THE LIMITED, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518209237 | + EDI: WFNNB.COM | Jun 14 2022 00:43:00 | COMENITY BANK/PIER 1, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518209238 | + EDI: WFNNB.COM | Jun 14 2022 00:43:00 | COMENITYBANK/WESTELM, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518248191 | + EDI: AIS.COM | Jun 14 2022 00:43:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518280699 | Email/PDF: bncnotices@becket-lee.com | Jun 13 2022 20:47:21 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518209239 | Email/PDF: DellBKNotifications@resurgent.com | Jun 13 2022 20:47:02 | DELL FINANCIAL SERVICES LLC, ATTN: PRESIDENT/CEO, PO BOX 81577, AUSTIN, TX 78708 |
| 518209240 | + EDI: DISCOVER.COM | Jun 14 2022 00:43:00 | DISCOVER FINANCIAL, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 518209260 | + EDI: CITICORP.COM | Jun 14 2022 00:43:00 | VISA DEPT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, PO BOX 8053, MASON, OH 45040 |
| 518340745 | EDI: Q3G.COM | Jun 14 2022 00:43:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518224665 | EDI: DISCOVER.COM | Jun 14 2022 00:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518209231 | EDI: JPMORGANCHASE | Jun 14 2022 00:43:00 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 518209243 | + Email/Text: PBNCNotifications@peritusservices.com | Jun 13 2022 20:42:00 | KOHLS/CAPITAL ONE, KOHLS CREDIT, PO BOX 3120, MILWAUKEE, WI 53201-3120 |
| 518209244 | Email/Text: signed.order@pfwattorneys.com | Jun 13 2022 20:43:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 518209246 | + EDI: RMSC.COM | Jun 14 2022 00:43:00 | SYNCB, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518209247 | + EDI: RMSC.COM | Jun 14 2022 00:43:00 | SYNCB/FARM & FLEET, ATTN: BANKRUPTCY, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 518209248 | + EDI: RMSC.COM | Jun 14 2022 00:43:00 | SYNCB/LORD & TAYLOR, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518209250 | + EDI: RMSC.COM | Jun 14 2022 00:43:00 | SYNCHRONY BANK/ JC PENNEYS, ATTN: BANKRUPTCY, PO BOX 956060, ORLANDO, FL 32896-0001 |
| 518209251 | + EDI: RMSC.COM | Jun 14 2022 00:43:00 | SYNCHRONY BANK/AMAZON, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518209252 | + EDI: RMSC.COM | Jun 14 2022 00:43:00 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518209253 | + EDI: RMSC.COM | Jun 14 2022 00:43:00 | SYNCHRONY BANK/HOWARDS, ATTN: BANKRUPTCY DEPT, PO BOX 965060, |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | ORLANDO, FL 32896-5060 |
| 518209254 | + | EDI: WTRRNBANK.COM | Jun 14 2022 00:43:00 | TARGET, ATTN: BANKRUPTCY, PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 518252076 | + | Email/Text: bncmail@w-legal.com | Jun 13 2022 20:43:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518209255 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 13 2022 20:43:00 | TOYOTA FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 8026, CEDAR RAPIDS, IA 52409 |
| 518209256 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 13 2022 20:43:00 | TOYOTA MOTOR CREDIT CO, TOYOTA FINANCIAL SERVICES, PO BOX 8026, CEDAR RAPIDS, IA 52408 |
| 518300511 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 13 2022 20:43:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518209262 | + | EDI: WFFC.COM | Jun 14 2022 00:43:00 | WELLS FARGO HM MORTGAG, PO BOX 10335, DES MOINES, IA 50306-0335 |
| 518310076 | + | EDI: WFFC.COM | Jun 14 2022 00:43:00 | Wells Fargo Bank, N.A., MAC# N9286-01Y, PO Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518209226 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, AMERICAN HONDA FINANCE, ATTN: BANKRUPTCY, PO BOX 168088, IRVING, TX 75016 |
| 518209230 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518209241 | *+ | DISCOVER FINANCIAL, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 518209242 | *+ | DISCOVER FINANCIAL, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 518209261 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, VISA DEPT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, PO BOX 8053, MASON, OH 45040 |
| 518209232 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 518209249 | *+ | SYNCB/LORD & TAYLOR, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518209257 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, TOYOTA MOTOR CREDIT CO, TOYOTA FINANCIAL SERVICES, PO BOX 8026, CEDAR RAPIDS, IA 52408 |
| 518209258 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, TOYOTA MOTOR CREDIT CO, TOYOTA FINANCIAL SERVICES, PO BOX 8026, CEDAR RAPIDS, IA 52408 |
| 518209259 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, TOYOTA MOTOR CREDIT CO, TOYOTA FINANCIAL SERVICES, PO BOX 8026, CEDAR RAPIDS, IA 52408 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2022                              Signature:        /s/Gustava Winters

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Jun 13, 2022 | Form ID: 3180W | Total Noticed: 43

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Joint Debtor Oksana Garafolo ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Russell L. Low | on behalf of Debtor Joseph G. Garafolo ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5